IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                )
                                      )      Case No:  05-69121
KERRY & DEBRA HIGHSMITH               )      Chapter 7
                                      )

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1.  He is Trustee appointed in the above mentioned case.

2.  On the 6th day of May, 2011, Trustee issued check number 109 in the amount of $320.75 to Lowes Consumer, c/o GE Money Bank.  Said checks has not been executed.

3.  The last known address of the person/entity entitled to said check is: Lowes Consumer, c/o GE Money Bank, PO box 103104, Roswell, GA  30076.

4.  Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

/s/Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee
Attorney ID #9015-45
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376